UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| David Uriarte, *individually and on behalf of all others similarly situated*;<br><br>Plaintiff,<br><br>-v.-<br><br>ARS National Services, Inc.<br><br>Defendant. | Case No. 3:17-cv-06506-FLW-DEA |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 29, 2018

| For Plaintiff | For Defendant |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>RC Law Group, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>ysaks@rclawgroup.com | */s/ Daniel J.T. McKenna*<br>Daniel J.T. McKenna<br>Ballard Spahr, LLP<br>210 Lake East Drive - Suite 200<br>Cherry Hill, NJ 08002-1163<br>mckennad@ballardspahr.com |

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.D.J.  2-1-18